

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory Ackers | Civil Action No. 21-cv-01010-JLS-DEB |
| Plaintiff, | |
| V. | |
| Alejandro Mayorkas; Governor Gavin Newsom; Center for Disease Control | **AMENDED JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DISMISSES Plaintiffs' First Amended Complaint (ECF No. 5). Because amendment would be futile, dismissal is WITHOUT LEAVE TO AMEND. Further, the Court CERTIFIES that an IFP appeal from this Order would be frivolous and therefore would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). The case is hereby closed.

Date:  9/13/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Olsen

J. Olsen, Deputy